MANLEY A. PAGE, Plaintiff-Appellant, *v.* ORVILLE HELLAND, Defendant-Appellee.

(No. 58582;

First District (1st Division)—January 28, 1974.

PER CURIAM.

HALLETT, J., took no part.

Richard A. Chisholm and Thomas O. Flack, both of Lake Zurich (Flack, Chisholm & Krneta, of counsel), for appellant.

Tim J. Harrington, of Chicago (Mel E. C. Perretti, of counsel), for appellee.